IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FRESENIUS KABI USA, LLC AND § <br> FRESENIUS KABI DEUTSCHLAND § <br> GMBH, § <br>         PLAINTIFFS, § <br> § <br> V. § <br> § <br> CUSTOPHARM, INC., § <br>         DEFENDANT. § | CAUSE NO. A-18-CV-00665-LY |

## ORDER

Before the court is Defendant Custopharm, Inc.'s Motion for Leave to File Its Answer, Defenses and Amended Counterclaims with Exhibits under Seal filed May 1, 2019 (Clerk's Document No. 40).

Only in the rarest of circumstances will this court allow pleadings to be filed in sealed or redacted form with the complete pleading filed under seal. Attorneys should be adept enough pleaders to avoid the stating of confidential or privileged matters within the body of a pleading. Exhibits to pleadings may be filed under seal with proper leave of court. Therefore,

**IT IS ORDERED** that Defendant Custopharm, Inc.'s Motion for Leave to File Its Answer, Defenses and Amended Counterclaims with Exhibits under Seal filed May 1, 2019 (Clerk's Document No. 40) is **DENIED WITHOUT PREJUDICE.** Custopharm may file a redrafted answer, defenses, and amended counterclaims and may seek leave to file under seal exhibits that contain confidential information.

SIGNED this __14th__ day of May, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE